## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

JAMES R. FRANKS, JR.                                                                              PLAINTIFF

v.                                          No. 3:11CV00072 JLH

MICHAEL J. ASTRUE, Commissioner,
Social Security Administration                                                                  DEFENDANT

### JUDGMENT

Pursuant to the Memorandum and Order entered separately today, the decision of the Commissioner is affirmed. The complaint of James R. Franks, Jr., is dismissed with prejudice.

DATED this 23rd day of August, 2012.

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE